■ In the Matter of LEO CUNNINGHAM et al., Petitioners, v DANIEL P. GUIDO, as Commissioner of Police of the County of Nassau, Respondent.— Proceeding pursuant to CPLR article 78 to review two determinations of the respondent, one as to each petitioner, both dated September 2, 1976 and made after a hearing, which found petitioners guilty of certain misconduct and reprimanded them. Determinations confirmed and proceeding dismissed on the merits, with $50 costs and disbursements. The determinations that petitioners failed to act appropriately upon the information given them by Long Island Parkway Officer Thompson, that he had seen a man with a gun, were supported by substantial evidence. Cohalan, J. P., Damiani, Rabin and Titone, JJ., concur.